THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ALAN DUNN,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　　　　Respondent. | CASE NO. C12-0652-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 28.) No objections to the Report and Recommendation have been filed. Having thoroughly considered the Report and Recommendation, petitioner's petition for writ of habeas corpus, respondent's answer, petitioner's reply brief, and the balance of the record, the Court does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation in full.

(2) Petitioner's petition for writ of habeas corpus, (Dkt. No. 1), is DENIED and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4) The Clerk is DIRECTED to send copies of this Order to all counsel of record and to Judge Tsuchida.

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1  DATED this 17th day of December 2013.

2

3

4

5

6

7                                                      John C. Coughenour
8                                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2